BEFORE THE FIRST DIVISION, DECEMBER 16, 1942

**No. 47802.**—Protest 73936–K of Sol Lenzner Corp. (Buffalo.)

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise in question was neither caviar nor "other fish roe" the claim at 10 percent under paragraph 1558 was sustained.

**No. 47803.**—Protests 76485–K, etc., of Wah Shang Co. et al. (San Francisco).

Opinion by COLE, J. In accordance with stipulation of counsel and on the authority of *Wing Duck Co.* v. *United States* (6 Cust. Ct. 133, C. D. 446) the protests were sustained.

BEFORE THE SECOND DIVISION, DECEMBER 16, 1942

**No. 47804.**—Protest 669249–G of R. T. Shelton Co. (St. Louis).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items in question consist of 8-bu. paper hats, and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the protest was sustained.

**No. 47805.**—Protests 678071–G, etc., of A. D. Cohen Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items in question consist of 8-bu. paper hats, and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the protests were sustained.